# SEALED



## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SUPERSEDING INDICTMENT FOR FALSIFICATION OF RECORDS IN A FEDERAL INVESTIGATION, CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES, CONVERSION OF PROPERTY BY A GOVERNMENT EMPLOYEE, OBSTRUCTION OF JUSTICE, HOBBS ACT ROBBERY, CARRY AND USE OF FIREARMS DURING AND IN RELATION TO, AND POSSESSION IN FURTHERANCE OF, A CRIME OF VIOLENCE AND A DRUG TRAFFICKING CRIME**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. 16-092 |
| VERSUS | * | SECTION: L |
| KARL EMMETT NEWMAN<br>JOHNNY JACOB DOMINGUE | * | VIOLATIONS: 18 U.S.C. § 1519<br>21 U.S.C. § 846<br>18 U.S.C. § 654<br>18 U.S.C. § 1512(c)(2)<br>18 U.S.C. § 1951(c)<br>18 U.S.C. § 924(c)<br>18 U.S.C. § 2 |

\* \* \*

The Grand Jury charges that:

## COUNT ONE
### Falsification of Records in a Federal Investigation

At all times material to this Superseding Indictment, unless otherwise specified:

1. The defendant, **KARL EMMETT NEWMAN**, was a Task Force Officer (TFO) of the Drug Enforcement Administration (DEA), having been deputized on February 5, 2003.

2. On or about July 28, 2014, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in a record and document, namely a DEA Seizure/Fire form regarding a 2013 Ford F-150, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, namely the DEA.

All in violation of Title 18, United States Code, Sections 1519 and 2.

## COUNT TWO
### Conspiracy to Possess with the Intent to Distribute Controlled Substances

3. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

4. Beginning in our about August 2015, and continuing through in or about January 2016, in the Eastern District of Louisiana and elsewhere, defendant, **KARL EMMETT NEWMAN**, did knowingly and intentionally combine, conspire, confederate and agree with other persons known and unknown to the Grand Jury, to possess with the intent to distribute cocaine and oxycodone, both Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT THREE
### Conversion of Property by a Government Employee

5. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

6. On or about August 14, 2015, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, being an officer and employee of the United States and of any department and agency thereof, embezzled and wrongfully converted to his own use the money and property of another which came into his possession and under his control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely oxycodone, a Schedule II controlled substance, and United States currency in an amount greater than $1,000.

All in violation of Title 18, United States Code, Sections 654 and 2.

## COUNT FOUR
### Falsification of Records in a Federal Investigation

7. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

8. On or about October 7, 2015, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in a record and document, namely a DEA Seizure/Fire form regarding $4,300 in United States currency, with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, namely the DEA.

All in violation of Title 18, United States Code, Sections 1519 and 2.

## COUNT FIVE
### Conversion of Property by a Government Employee

9. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

10. On or between December 22, 2015, and January 14, 2016, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, being an officer and employee of the United States and of any department and agency thereof, embezzled and wrongfully converted to his own use the money and property of another which came into his possession and under his control in the execution of such office and employment, and under color and claim of authority as such officer and employee, namely cocaine, a Schedule II controlled substance.

All in violation of Title 18, United States Code, Sections 654 and 2.

## COUNT SIX
### Obstruction of Justice

11. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

12. On or between January 26, 2016, and January 27, 2016, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, corruptly obstructed, influenced, and impeded an official proceeding, namely a proceeding before the United States District Court in Case No. 2:15-cr-68, and attempted to do so, by tampering with the testimony of F.B.

All in violation of Title 18, United States Code, Sections 1512(c)(2) and 2.

## COUNT SEVEN
### Hobbs Act Robbery

13. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

14. On or about August 14, 2015, in the Eastern District of Louisiana, defendant, **KARL EMMETT NEWMAN**, did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce as that term is defined in Title 18, United States Code,

Section 1951, and the movement of articles and commodities in such commerce, by robbery as that term is defined in Title 18, United States Code, Section 1951, in that the defendant, **KARL EMMETT NEWMAN**, did unlawfully take and obtain personal property consisting of controlled substances and United States currency from the person of and in the presence of R.G., against her will by means of actual and threatened force, violence, and fear of injury, immediate and future, to R.G.'s person and the persons of her family.

All in violation of Title 18, United States Code, Sections 1951 and 2.

## COUNT EIGHT
### Carry and Use of a Firearm During and in Relation to, and Possession in Furtherance of, a Crime of Violence

15. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

16. On or about August 14, 2015, in the Eastern District of Louisiana, the defendant, **KARL EMMETT NEWMAN**, did knowingly carry and use a firearm during and in relation to, and possessed a firearm in furtherance of, a crime of violence for which he may be prosecuted in a court of the United States, that is: Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951, as set forth in Count Seven of this Superseding Indictment, which description of said crime of violence is realleged and incorporated by reference as if set forth in full herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT NINE
### Carry and Use of a Firearm During and in Relation to, and Possession in Furtherance of, a Drug Trafficking Crime

17. Paragraph 1 of this Indictment is re-alleged and incorporated as though fully set forth herein.

18. On or about August 14, 2015, in the Eastern District of Louisiana, the defendant, **KARL EMMETT NEWMAN**, did knowingly carry and use a firearm during and in relation to, and possessed a firearm in furtherance of, a drug trafficking crime for which he may be prosecuted in a court of the United States, that is: Conspiracy to Possess with the Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, Section 846, as set forth in Count Two of this Superseding Indictment, which description of said drug trafficking crime is realleged and incorporated by reference as if set forth in full herein.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

## COUNT TEN
### Falsification of Records in a Federal Investigation

At all times material to this Indictment, unless otherwise specified:

1. The defendant, **JOHNNY JACOB DOMINGUE**, was a Tangipahoa Parish Sheriff's Office Deputy functioning as a TFO of the DEA.

2. On or about January 6, 2016, in the Eastern District of Louisiana, defendant, **JOHNNY JACOB DOMINGUE**, did knowingly alter, destroy, mutilate, conceal, cover up, falsify, and make a false entry in a record and document, namely a DEA Form 6 Report of Investigation regarding the controlled purchase of narcotics from an individual, R.W., with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of a department and agency of the United States, namely the DEA.

All in violation of Title 18, United States Code, Sections 1519 and 2.

## NOTICE OF DRUG FORFEITURE

1. The allegations of Count 2 of this Indictment are realleged and incorporated by reference as though fully set forth herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

2. As a result of the offense alleged in Count 2, defendant **KARL EMMETT NEWMAN** shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 2 of this Superseding Indictment.

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value, or

    e. has been comingled with other property which cannot be subdivided without difficulty,

It is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL:



FOREPERSON

LESLIE R. CALDWELL
ASSISTANT ATTORNEY GENERAL OF THE CRIMINAL DIVISION
ATTORNEY FOR THE UNITED STATES
ACTING UNDER AUTHORITY CONFERRED BY 28 U.S.C. § 515

*Robinson*
DIIDRI W. ROBINSON
ASSISTANT CHIEF
CRIMINAL FRAUD SECTION
UNITED STATES DEPARTMENT OF JUSTICE
Florida Bar No. 788481

ANTONIO M. POZOS
TRIAL ATTORNEY
CRIMINAL FRAUD SECTION
UNITED STATES DEPARTMENT OF JUSTICE
California Bar No. 254609

New Orleans, Louisiana
October 7, 2016

FORM OBD-34

No. 16-092 "L"

# UNITED STATES DISTRICT COURT

Eastern District of Louisiana

Criminal Division

## THE UNITED STATES OF AMERICA

vs.

**KARL EMMETT NEWMAN**
**JOHNNY JACOB DOMINGUE**

## SUPERSEDING INDICTMENT

SUPERSEDING INDICTMENT FOR FALSIFICATION OF RECORDS IN A FEDERAL INVESTIGATION, CONSPIRACY TO POSSESS WITH THE INTENT TO DISTRIBUTE CONTROLLED SUBSTANCES, CONVERSION OF PROPERTY BY A GOVERNMENT EMPLOYEE, OBSTRUCTION OF JUSTICE, HOBBS ACT ROBBERY, CARRY AND USE OF FIREARMS DURING AND IN RELATION TO, AND POSSESSION IN FURTHERANCE OF, A CRIME OF VIOLENCE AND A DRUG TRAFFICKING CRIME

**VIOLATIONS:** 18 U.S.C. § 1519, 21 U.S.C. § 846,
18 U.S.C. § 654, 18 U.S.C. § 1512(c)(2),
18 U.S.C. § 1951(c), 18 U.S.C. § 924(c),
18 U.S.C. § 2

A true b̶i̶l̶l̶ _____rson

Filed in open court this _____ day of _____ A.D. 2016.

_____ Clerk

Bail, $ _____

DEIDRE W. ROBINSON, Assistant Chief
ANTONIO M. POZOS, Trial Attorney