MINUTE ENTRY
NORTH, M.J.
OCTOBER 18, 2016

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL

VERSUS                                      NO. 16-92

KARL EMMETT NEWMAN                          SECTION L

## CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT

    X  COUNSEL FOR DEFENDANT  RALPH WHALEN, JR.

    X  ASSISTANT U.S. ATTORNEY  ANTONIO POZOS

    INTERPRETER _____ SWORN

    (TIME: _____ .M  to _____ .M)

X / READING OF THE SUPERSEDING INDICTMENT (READ) WAIVED SUMMARIZED

X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY

X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS

X / DEFENDANT GIVEN FOURTEEN DAYS TO FILE SPECIAL PLEADINGS

X / DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

_/ DEFENDANT RELEASED ON ORIGINAL BOND

_/ BAIL SET AT _____

_/ DEFENDANT RELEASED ON NEW BOND

_/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **JANUARY 24, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

X / TRIAL: **FEBRUARY 6, 2017 AT 8:30 AM**

**BEFORE UNITED STATES DISTRICT JUDGE ELDON E. FALLON**

MJSTAR: 00: 05