UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 16-92 |
| VERSUS | SECTION : L (2) |
| KARL EMMETT NEWMAN and JOHNNY JACOB DOMINGUE | VIOLATION: 18:1519, 18:2, 21:846, 18:654, 18-1512(c)(2) |

<u>NOTICE OF SENTENCING</u>   -   (NEWMAN only)   from 10/31/19

Take Notice that this criminal case has been set for SENTENCING on THURSDAY, NOVEMBER 7, 2019, AT 2:00PM, before Judge Eldon E. Fallon, Courtroom C-456, 500 Poydras Street, New Orleans, LA 70130.

**<u>Important</u>: Counsel are hereby notified that any request for the imposition of a Non-Guideline Sentence must comply with the deadlines established in LCrR 32.1.1E regarding the submission of motions or letters requesting departures from the Sentencing Guidelines.**

<u>Note: Photo I.D. is required to enter the building.</u>
Persons on bond must report to the Deputy U.S. Marshal immediately outside the aforesaid courtroom for evaluation and search 15 minutes prior to appearance.

Date:   October 9, 2019

TO:

KARL EMMETT NEWMAN   -   Custody

Ralph Whalen, Jr., Esq.
ralphswhalen@ralphswhalen.com

JOHNNY JACOB DOMINGUE   -   Custody

Ellyn Clevenger
ellyn@macklawfirm.net

Sherman Q. Mack
Mack-4@charter.net

FBI
Special Agent R.D. Hardgrave
R.Hardgrave@ic.fbi.gov

Special Agent Dewayne Horner
Dewayne.Horner@ic.fbi.gov

**If you change address,
notify clerk of court
by phone, 504-589-7686**

WILLIAM W. BLEVINS, CLERK

by: Dean Oser,   Deputy Clerk

AUSA: Charles Miracle – Charles.miracle@usdoj.gov
Diidri Wells Robinson - diidri.robinson2@usdoj.gov
Timothy Duree - timothy.duree2@usdoj.gov

U.S. Marshal

U.S. Probation Officer

U.S. Probation Office - Pretrial Services Unit

**JUDGE**

**MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER: None